# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A.,
Appellant,
vs.
REBER DR TRUST,
Respondent.

No. 73928

**FILED**

JUL 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:

cc:     Hon. Nancy Allf, District Judge
        John Walter Boyer, Settlement Judge
        Smith Larsen & Wixom
        Law Offices of Michael F. Bohn, Ltd.
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

18-25035